THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
CLARK FRENCH, Respondent.

Argued May 19, 1941; decided May 29, 1941.

*Elihu Chase* for motion.

*John J. Livingston, District Attorney*, opposed.

Motion granted and appeal dismissed.